988 A.2d 1174

IN THE MATTER OF JEFFREY A. FOUSHEE,
AN ATTORNEY AT LAW.

February 25, 2010.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 09–267, recommending on the record certified to the Board pursuant to *Rule* 1:20–4(f) (default by respondent), that **JEFFREY A. FOUSHEE** of **IRVINGTON,** who was admitted to the bar of this State in 1988, be disbarred for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.1(b) (pattern of neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4 (failure to communicate with client), and *RPC* 8.1(b) (failure to cooperate with disciplinary authorities);

And **JEFFREY A. FOUSHEE** having failed to appear on the Order directing him to show cause why he should not be disbarred or otherwise disciplined;

And good cause appearing;

It is ORDERED that **JEFFREY A. FOUSHEE** be disbarred, effective immediately, and that his name be stricken from the roll of attorneys;

ORDERED that **JEFFERY A. FOUSHEE** be and hereby is permanently restrained and enjoined from practicing law;  and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State;  and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing with disbarred attorneys;  and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.